IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENDRICK HARRIS,**

**Plaintiff,**

v.

**GIAVANNIE MORRIS AND THE
CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendants.**                                                         **No. 05-CV-65-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Before the Court are two motions submitted pro se by Plaintiff Kendrick Harris ("Plaintiff"): a motion for an entry of default (Doc. 15) and a motion for default judgment (Doc. 16.)  When Plaintiff filed his first motion on November 3, 2005, neither Defendant had filed an answer in this matter.  That has since changed.  On November 4, 2005, Defendants Giavannie Morris and the City of East St. Louis, Illinois ("Defendants") together filed an answer. (Doc. 13.)  Their presence noted, the Court declines to find these parties in default.  Plaintiff's motions for entry of default and for default judgment are hereby **DENIED**.  (Docs. 15, 16.)

**IT IS SO ORDERED**.

Signed this 23rd day of January, 2006.

/s/          David RHerndon
**United States District Judge**