IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENDRICK HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.  05-065-DRH |
| **GIAVANNIE MORRIS, and** | ) |
| **CITY of EAST ST. LOUIS, ILLINOIS,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Judgement in Plaintiff's Favor/Motion for Costs and or Sanctions.  **(Doc. 20)**.

Plaintiff states that he hand-delivered requests for production of documents to defendant's attorney on January 12, 2006, but has not received a response.  He firsts asks that judgment be entered in his favor pursuant to **Fed.R.Civ.P. 56.**  However, because he has not shown that he is entitled to summary judgment, that request must be denied.  See, **Fed. R. Civ. P. 56(c)** and *Celotex Corp. v. Catrett*, **477 U.S. 317,322, 106 S.Ct. 2548, 2552 (1986)**.

Plaintiff also seeks sanctions pursuant to **Fed.R.Civ.P. 11**, which is inapplicable to this situation by its terms.  **See, Rule 11(d)**.

Despite the title, this is really a motion to compel a response to discovery requests. Defendants have not responded to the motion.

Upon consideration and for good cause shown,  plaintiff's Motion for Judgement in Plaintiff's Favor/Motion for Costs and or Sanctions **(Doc. 20)** is **GRANTED in part and**

**DENIED in part as follows:**

The requests for judgment, sanctions, and costs are denied.

Defendants are ordered to produce the documents requested by plaintiff on or before **May 12, 2006.**

**IT IS SO ORDERED.**

**DATE:  April 28, 2006.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
