IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENDRICK HARRIS,**

**Plaintiff,**

v.

**GIAVANNIE MORRIS AND THE
CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendants.**                                                        No. 05-CV-65-DRH

### ORDER

**HERNDON, District Judge:**

The Court having been advised by counsel for the parties that the above action has settled with respect to Defendants Giavannie Morris and the City of East St. Louis, Illinois, **IT IS ORDERED** that this action is hereby **DISMISSED without prejudice** and with the right to reopen if settlement is not consummated within sixty days as to Defendants Morris and the City of East St. Louis, Illinois. The dismissal of those Defendants will be **with prejudice** sixty days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

Furthermore, the Court **DISMISSES** Defendants John and Jane Does from this action for failure to effectuate service.  (*See* Doc. 22.)

**IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

/s/         David   RHerndon
**United States District Judge**